JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
JOSHUA BRISTER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336 (phone)
joshua.brister@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>COREY DESHAWN AUSTIN,<br><br>         Defendant. | Case No. 2:23-cr-00130-RFB-NJK<br><br>**Stipulation to Continue Revocation Hearing** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Corey Deshawn Austin, that the Revocation Hearing currently scheduled on August 21, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties are awaiting the outcome in the defendant's State of Nevada case.
2. The defendant is out of custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 18th day of August, 2023

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney<br>District of Nevada |
| /s/ Jacquelyn N. Witt<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | /s/ Joshua Brister<br>JOSHUA BRISTER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COREY DESHAWN AUSTIN,<br><br>    Defendant. | Case No. 2:23-cr-00130-RFB-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 21, 2023 at 9:30 a.m., be vacated and continued to **October 24, 2023 at 11:00 a.m.**

DATED this  18th  day of August, 2023

_____
UNITED STATES DISTRICT JUDGE

3