RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYNN. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Corey Deshawn Austin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>COREY DESHAWN AUSTIN,<br><br>        Defendant. | Case No. 2:23-cr-00130-RFB-NJK-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING (SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Corey Deshawn Austin, that the Revocation Hearing currently scheduled on October 24, 2023 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

    This Stipulation is entered into for the following reasons:

    1.    Mr. Austin has a Nevada state case pending that concerns the allegations alleged in the Petition in this matter, and the parties have agreed to continue the revocation hearing to determine the disposition of the state case.

2. Defense counsel needs additional time to conduct necessary investigation as to the allegations in the Petition and prepare for the revocation hearing, if necessary.

3. Mr. Austin is not in custody and does not oppose this continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 11th of October, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By *Jacquelyn N  Witt*<br>JACQUELYNN. WITT<br>Assistant Federal Public Defender | By */s/ Joshua Brister*<br>JOSHUA BRISTER<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COREY DESHAWN AUSTIN,<br><br>　　　　Defendant. | Case No. 2:23-cr-00130-RFB-NJK-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 24, 2023 at 11:00 a.m., be vacated and continued to January 5, 2024 at 8:30 a.m.

　　DATED this 19th day of October, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3