RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Corey Deshawn Austin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COREY DESHAWN AUSTIN,<br><br>    Defendant. | Case No. 2:23-cr-00130-RFB-NJK-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Corey Deshawn Austin, that the Revocation Hearing currently scheduled on January 5, 2024 at 8:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Mr. Austin has a pending Nevada state case that relates to the allegations alleged in the Petition in this matter, and the parties have agreed to continue the revocation hearing to determine the disposition of the state case.

2. Defense counsel needs additional time to conduct necessary investigation as to the allegations in the Petition and prepare for the revocation hearing, if necessary.

3. Mr. Austin is not in custody and does not oppose this continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 2nd of January, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By *Jacquelyn N  Witt*<br>JACQUELYNN. WITT<br>Assistant Federal Public Defender | By */s/ Joshua Brister*<br>JOSHUA BRISTER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00130-RFB-NJK-1 |
| Plaintiff, | **ORDER** |
| v. | |
| COREY DESHAWN AUSTIN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 5, 2024 at 8:30 a.m., be vacated and continued to **March 28, 2024 at 8:15 a.m.**

DATED this 3rd, day of January, 2024.

UNITED STATES DISTRICT JUDGE