RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Corey Deshawn Austin

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>COREY DESHAWN AUSTIN,<br><br>    Defendant. | Case No. 2:23-cr-00130-RFB-NJK-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>**(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua T. Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Corey Deshawn Austin, that the Revocation Hearing currently scheduled on April 1, 2024 at 9:15 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

    This Stipulation is entered into for the following reasons:

    1.    Mr. Austin has a case pending in Clark County Nevada (Case No. C-24-381093-1), which relates to the allegations in the Petition before this court.

    2.    The parties have agreed to continue the revocation hearing to determine the disposition of the state case.

3. According to the docket in Nevada state Case No. C-24-381093-1, a sentencing hearing is scheduled for June 6, 2024. The parties believe the state case will be resolved on this date.

4. Therefore, the parties request that the revocation hearing in the instant matter be continued and set for a date after June 6, 2024, that is convenient for the Court.

5. Defense counsel needs additional time to discuss this matter with Mr. Austin pending resolution of the state case.

6. Mr. Austin is not in custody and agrees with the need to continue this hearing.

7. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 20th day of March, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By *Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Joshua T. Brister*<br>JOSHUA T. BRISTER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COREY DESHAWN AUSTIN,<br><br>    Defendant. | Case No. 2:23-cr-00130-RFB-NJK-1<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 1, 2024 at 9:15 a.m., be vacated and continued June 28, 2024 at 10:00 a.m.

    DATED this 21st day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE

3